**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br>     DAVID D VELDE <br><br> Debtor(s) | Case No. 11-35048 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/28/2011.

2) The plan was confirmed on 11/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/27/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/15/2017.

6) Number of months from filing to last payment: 69.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,150.00.

10) Amount of unsecured claims discharged without payment: $385,148.35.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $116,378.00 |
| Less amount refunded to debtor | $43.91 |
| **NET RECEIPTS:** | **$116,334.09** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,114.98 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,114.98** |

Attorney fees paid and disclosed by debtor:       $3,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABN AMRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ABN AMRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ABN AMRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 165,848.00 | 165,848.20 | 165,848.20 | 63,752.05 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 21,129.00 | 21,129.07 | 21,129.07 | 8,122.01 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 6,144.00 | 6,144.88 | 6,144.88 | 2,362.09 | 0.00 |
| AMERIQUEST MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 477.00 | 477.00 | 477.00 | 183.36 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 55.00 | 57.22 | 57.22 | 22.00 | 0.00 |
| AT&T | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 715.00 | 729.84 | 729.84 | 280.55 | 0.00 |
| CENTER FOR ORTHOPE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,044.98 | NA | NA | 0.00 | 0.00 |
| CITY OF HIGHLAND PARK | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HIGHLAND PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HIGHLAND PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONS RESORTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DAVID J ZELLER | Unsecured | 5,326.69 | 4,976.69 | 4,976.69 | 1,913.04 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 2,877.00 | 2,965.87 | 2,965.87 | 1,140.08 | 0.00 |
| EAL CONSTRUCTION INC | Secured | 27,510.41 | NA | NA | 0.00 | 0.00 |
| EAL CONSTRUCTION INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ER ELECTRIC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ER ELECTRIC | Secured | 24,896.03 | NA | NA | 0.00 | 0.00 |
| GEMB/EMPIRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WLMRTDC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 3,321.65 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 12,057.00 | 12,057.48 | 12,057.48 | 4,634.90 | 0.00 |
| JRJOHNS INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| KAHANA BEACH CONSOLIDATED M | Unsecured | 1,152.13 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEFRONT SUPPLY | Unsecured | 4,944.46 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY INSURANCE CORP | Unsecured | 5,534.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL INSURANCE | Unsecured | 5,682.39 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 4,597.00 | 4,597.78 | 4,597.78 | 1,767.39 | 0.00 |
| MERRICK BANK CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MURPHY LOMON & ASSOCIATES | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 74.00 | 111.33 | 111.33 | 42.80 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | NA | 51,280.26 | 51,280.26 | 19,712.13 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Secured | 49,436.00 | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Secured | 138,300.00 | NA | NA | 0.00 | 0.00 |
| NORTH COMMUNITY BANK | Unsecured | 168,775.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 126.00 | 55.81 | 55.81 | 21.45 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 10,975.00 | 10,954.11 | 10,954.11 | 4,210.76 | 0.00 |
| PREMIER BUILDERS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREMIER BUILDERS | Secured | 48,254.79 | NA | NA | 0.00 | 0.00 |
| ROSE PEST CONTROL | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 4,949.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SERVICE SANITATIONS INC | Unsecured | 686.68 | NA | NA | 0.00 | 0.00 |
| SHILVOCK COMPANY INC | Unsecured | 3,200.48 | NA | NA | 0.00 | 0.00 |
| SPIEGEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOMCON CORP INC | Secured | 49,000.00 | NA | NA | 0.00 | 0.00 |
| TOMCON CORP INC | Unsecured | NA | 49,000.00 | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGIST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | 552,373.00 | 544,178.46 | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Unsecured | NA | 0.00 | 7,946.15 | 3,054.50 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | NA | 73,180.25 | 73,180.25 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $73,180.25 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$73,180.25** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$289,331.69** | **$111,219.11** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,114.98 |
| Disbursements to Creditors | $111,219.11 |
| **TOTAL DISBURSEMENTS :** | **$116,334.09** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/03/2017        By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**